UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
--------------------------------------------------------X
Almonte,

                                                                    **ORDER TO PRODUCE**

              -against-

                                                                    7:24-CV-00818 (CS)

 Doe et al.,
                              Defendant(s).
--------------------------------------------------------X

Seibel, J.

The Court hereby directs Cayuga Correctional Facility to produce inmate Joel Almonte (15-A-

3859) via telephone for a Pre-Motion Conference before the Court on **Monday, December 15,**

**2025 at 10:00 a.m.** The call-in number is **(855) 244 – 8681**, and the access code is

**1809850784#**.

        **SO ORDERED.**

Dated:  December 12, 2025
        White Plains, New York

                                                            _____
                                                                    Cathy Seibel, U.S.D.J.