UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------ X

JOEL ALMONTE,                                          :

                             Plaintiff,        :        24-CV-00818 (CS)

          - against -                         :        **ORDER AUTHORIZING THE**
                                      :        **DEPOSITION OF**
JOHN DOE, Dep. of Security; JOHN DOES,                :        **INCARCERATED PLAINTIFF**
Extraction team, in their individual capacities;      :
AREA S.G.T., in his individual capacity,              :

                        Defendants.        :

------------------------------------------------------------------ X

Pursuant to Federal Rule of Civil Procedure 30(a)(2)(B), it is hereby ORDERED that an

Assistant Attorney General may take the deposition of Plaintiff Joel Almonte, DIN 15-A-3859, by

videoconference before a notary public, or some other officer authorized to administer oaths by

the laws of the United States or of the State of New York, at any New York State Correctional

Facility, upon notice to the plaintiff and Superintendent of the correctional facility where he is

located, and

Plaintiff is further advised that if he fails to attend and complete his own deposition, the

Court may impose sanctions pursuant to Fed. R. Civ. P. 37(d), which may include an order

dismissing the complaint in this action.

Dated:    White Plains, New York
           _____March 25_____, 2026

                                             SO ORDERED:

                                             _____
                                           Hon. Cathy Seibel, U.S.D.J.